

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmiendas a las Reglas 5.7.1 y 6.2.1(j( del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2013 TSPR 90<br><br>189 DPR ____ |

Número del Caso: ER-2013-02

Fecha: 12 de agosto de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.



EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re:

Enmiendas a las Reglas 5.7.1
y 6.2.1(j) del Reglamento para
la Admisión de Aspirantes al
Ejercicio de la Abogacía
y la Notaría

RESOLUCIÓN

San Juan, Puerto Rico a 12 de agosto de 2013.

Al amparo del poder inherente de este Tribunal para regular la admisión al ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 5.7.1, la cual leerá:

**Regla 5.7.1-** La solicitud de admisión al examen de Reválida General deberá ir acompañada del pago de doscientos cincuenta dólares ($250) y la solicitud de Reválida Notarial del pago de doscientos dólares ($200). El pago deberá realizarse en la forma que disponga la Junta, ya sea a través de un proceso electrónico de pago o mediante la presentación de sellos de Rentas Internas.

Asimismo, se enmienda la Regla 6.2.1, inciso j, la cual leerá:

**Regla 6.2.1**- Salvo una dispensa autorizada por justa causa por la Junta, la solicitud deberá estar acompañada de:

. . . .

(j) el pago de doscientos cincuenta dólares ($250);

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo, Interina.


Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina